528 A.2d 576

**COMMONWEALTH of Pennsylvania**

**v.**

**Walter SANDERS, Petitioner.**

Supreme Court of Pennsylvania.

June 17, 1987.

## ORDER

PER CURIAM.

The petition for allowance of appeal is granted. The case is remanded to the Philadelphia Court of Common Pleas for additional proceedings in light of *Commonwealth v. Weddington*, 514 Pa. 46, 522 A.2d 1050 (1987).